## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LEE ANN RHOTON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15 C 10966 |
| | ) | |
| vs. | ) | |
| | ) | Judge John Robert Blakey |
| MODIS, INC., a foreign corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED DISMISSAL ORDER

THIS MATTER coming to be heard by agreement of the parties, all disputes having been settled and resolved, and the parties having executed a Settlement Agreement and General Release (the "Settlement Agreement"), a copy of which has been submitted to the Court for review, IT IS HEREBY ORDERED THAT

(1)    The Court, having reviewed the parties' Settlement Agreement, hereby approves the Settlement Agreement and finds that the settlement is fair, reasonable, and adequate to resolve all claims under the Illinois Minimum Wage Act and Fair Labor Standards Act that Plaintiff has or could have asserted against the Defendant and other released parties in the Settlement Agreement.  The Court finds that: (a) the settlement amount as set forth in the Settlement Agreement is a fair, reasonable and adequate settlement of Plaintiff's claims; (b) the settlement was reached pursuant to arms-length negotiations between the parties; and (c) the support for the settlement expressed by counsel for Plaintiff and counsel for Defendant, who both have significant experience representing parties in actions involving wage claims, weigh in favor of approval of the Settlement Agreement;

(2)     This case is dismissed with prejudice, each party bearing its own costs; and

(3)     The Court retains jurisdiction to enforce compliance with this Order.

Date: July 27, 2016

ENTERED:

John Robert Blakey
United States District Judge